UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN 0 9 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| In the Matter of the Search of | § | CAUSE NO. A-08-074M |
| | § | |
| 4807 White Elm Drive, | § | |
| Austin, Texas | § | |

## AGREED ORDER TO REDACT

On this 9th day of June, 2008, came to be considered Petitioners' Agreed Order to Redact the Application and Affidavit for Search Warrant and the Search Warrant, and said Motion is hereby GRANTED. It is hereby ORDERED that the Affidavit for Search Warrant is redacted as agreed by the parties, a copy of which is attached to this order.

SIGNED this 9th day of June, 2008.

_____
ROBERT PITMAN
UNITED STATES MAGISTRATE

AGREED:

/s/ Mark Roomberg (by E.G. Morris with permission)
Mark T. Roomberg
Assistant United States Attorney
United States Attorney's Office
601 N.W. Loop 410 Suite 600
San Antonio Texas 78216

/s/E.G. Morris
E. G. Morris
ATTORNEY FOR ABDULLAH HAMAD
SB# 14477700
egm@egmlaw.com

Law Office of E. G. Morris
608 W. 12th St., Suite B
Austin, Texas 78701
(512) 478-0758
FAX (512) 478-0784

**PETITIONERS' AGREED ORDER TO REDACT THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND THE SEARCH WARRANT - 1**
*In the Matter of the Search of 4807 White Elm Drive, Austin, Texas*
Cause No. A-08-074M